George E. Rowe, Respondent, v. David B. Hendricks, Appellant.— Judgment and order reversed, with costs, upon the ground that the plaintiff was guilty of contributory negligence, and complaint dismissed,

with costs. All concurred, except Betts and Lyon, JJ., dissenting on the ground that there was a question of fact for the jury.